COLLINGWOOD COLE, Appellant, *v.* EMMA LESTER et al., Respondents, Impleaded with Another.

*Cole* v. *Lester*, 125 App. Div. 899, affirmed.
(Submitted February 23, 1911; decided March 14, 1911.)

APPEAL from a judgment, entered July 11, 1908, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department affirming an interlocutory judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action of partition.

*William Townsend* and *Erwin L. Hockridge* for appellant.

*Charles D. Thomas* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.